IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHRISTOPHER M. GAINES,**

    Plaintiff,

v.                                                                           Civil Action No. **3:23CV488**

**UNKNOWN,**

    Defendant.

## MEMORANDUM OPINION

The plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter "writing to the U.S. Supreme Court house" asking for addresses, information about an investigator, and a complaint form. (ECF No. 1, at 1.) The plaintiff did not identify a defendant; he complains, however, about the conditions of his incarceration in the Northwestern Regional Adult Detention Center, which is in the United States District Court for the Western District of Virginia. By Memorandum Order entered on August 8, 2023, the Court explained that it could not provide legal advice, but it provided the plaintiff the opportunity to file a complaint. The Clerk mailed the plaintiff a standardized form for filing a § 1983 complaint and noted that if he wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof.

On September 1, 2023, the Court received a letter from the plaintiff asking for an additional thirty (30) days in which to complete and return the complaint form. By Memorandum Order entered on September 11, 2023, the Court granted the request for extension of time to the extent that any complaint shall be filed within (30) days of the date of entry thereof. By Memorandum

Order entered on September 27, 2023, the Court informed the plaintiff that his § 1983 form was due to the Court no later than October 11, 2023.

On October 12, 2023, the Court received another letter from the plaintiff asking for an extension of time to file his complaint. At this juncture, it is evident that the plaintiff is not ready to file a complaint. Accordingly, the Motion for Extension of Time, (ECF No. 9), will be DENIED, and the action will be DISMISSED WITHOUT PREJUDICE.

The plaintiff may submit his complaint to the Court when he is ready, and the Court will open it as a new civil action. The plaintiff is warned, however, that the appropriate venue for his action is likely the Western District of Virginia and not this Court.

An appropriate Order shall issue.

Date: 19 October 2023
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge